**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

## No. 15-7450

ROBERT HOLLAND KOON, a/k/a Robert Koon, a/k/a Robert H. Koon,

Plaintiff - Appellant,

v.

LORETTA LYNCH, US Attorney General, in her official capacity as chief/judge/chief solicitor of SC; JEAN TOAL, Chief Justice, in their official capacity as chief/judge/chief solicitor of SC; ALAN WILSON, SC Attorney General, in his official capacity as chief/judge/chief solicitor of SC,

Defendants - Appellees.

## No. 15-7454

ROBERT HOLLAND KOON, a/k/a Robert Koon, a/k/a Robert H. Koon,

Plaintiff - Appellant,

v.

LORETTA LYNCH, US Attorney General, in her official capacity as chief/judge/chief solicitor of SC; JEAN TOAL, Chief Justice, in their official capacity as chief/judge/chief solicitor of SC; ALAN WILSON, SC Attorney General, in his official capacity as chief/judge/chief solicitor of SC,

Defendants - Appellees.

_____

Appeals from the United States District Court for the District of South Carolina, at Florence.   David C. Norton, District Judge.  (4:15-cv-02107-DCN; 4:15-cv-02349-DCN)

_____

Submitted:  December 17, 2015          Decided:  December 22, 2015

_____

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Holland Koon, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these duplicative and consolidated cases, Robert Holland Koon appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing without prejudice Koon's civil complaints. In No. 15-7450, Koon also appeals the district court's order denying his motions to alter or set aside the judgment. We have reviewed the records and find no reversible error. Accordingly, we affirm in both cases for the reasons stated by the district court. Koon v. Lynch, No. 4:15-cv-02107-DCN (D.S.C. Aug. 12 & 27, 2015); Koon v. Lynch, No. 4:15-cv-02349-DCN (D.S.C. Aug. 12, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED